BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| TERESA PALMA, | |
|     Plaintiff, | Case No. 2:15-CV-01736-EFB |
|     v. | STIPULATION AND ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, from February 8, 2016 to March 9, 2016, to file her Cross-Motion for Summary Judgment.

    There is good cause for this extension as Defendant's counsel presently has a large caseload across various jurisdictions and two active Equal Employment Opportunity Commission cases with discovery and motion deadlines in the next month. Defendant apologizes to the Court for this delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: February 1, 2016 | */s/ Shanny J. Lee\** <br> SHANNY J. LEE <br> (*as authorized via email) <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 1, 2016 | BENJAMIN B. WAGNER <br> United States Attorney <br> DEBORAH LEE STACHEL <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | */s/ Annabelle J. Yang* <br> ANNABELLE J. YANG <br> Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  February 2, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE