BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| TERESA ANNE PALMA, | Case No.: 2:15-CV-01736-EFB |
| , Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing of Defendant's Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion Opposition to Plaintiff's Opening Brief be extended forty-five (45) days from March 9, 2016 to April 23, 2016. Plaintiff's Reply brief will be accordingly extended to May 14, 2016. This is Defendant's second request for an extension of time. Counsel for the Defendant was reassigned this case after the first extension request. Counsel needs additional time because

1 – Stipulation & ~~Proposed~~ Order for Extension, 2:15-CV-01736-EFB

he erred in calendaring the due date for his Opposition brief.  Counsel sincerely apologizes for any inconvenience caused to the Court or to Plaintiff's counsel by this delay.

Dated: April 15, 2016　　　*/s/ Shanny J. Lee*
　　　　　　　　　　　　　SHANNY J. LEE
　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　(by e-mail authorization)


Dated: April 15, 2016　　　Respectfully submitted,
　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　DEBORAH L. STACHEL
　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　By:　 */s/ Ben A. Porter*
　　　　　　　　　　　　　BEN A. PORTER
　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　Attorneys for Defendant


**~~PROPOSED~~ ORDER**

**IT IS SO ORDERED:**

Dated:  April 21, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2 – Stipulation & ~~Proposed~~ Order for Extension, 2:15-CV-01736-EFB